FILED
CLERK, U.S. DISTRICT COURT

03/09/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:21-cr-00045-JGB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1361: Depredation Against Government Property in Excess of $1,000] |
| JACOB RANDALL LAWRENTZ, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 1361]

On or about February 11, 2021, in Riverside County, within the Central District of California, defendant JACOB RANDALL LAWRENTZ willfully injured and committed a depredation against property of the

//

//

Federal Bureau of Investigation, a department and agency of the United States, namely, a Ford Fusion, bearing California license plate No. 6UVK426, with the resulting damage having a value greater than $1,000.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

RUBEN ESCALANTE
Assistant United States Attorney
Riverside Branch Office

2